IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFREY ARNOLD JAMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CA 14-00467-CG-C |
| | ) |
| **WERNER ENTERPRISES, INC., et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 2, 2015, is **ADOPTED** as the opinion of this Court.

Plaintiff's Motion to Remand (Doc. 14) is hereby **GRANTED** and that this case is **REMANDED** to the Circuit Court of Washington County, Alabama, from whence it came.

**DONE and ORDERED** this 2nd day of March, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE